**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

CHAUNCY MONTREAL WILLIAMS

VERSUS

COMMISSIONER SOCIAL SECURITY

CIVIL ACTION

18-1064-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 2, 2020, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the final decision of the Acting Commissioner of Social Security is hereby AFFIRMED and this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED** and *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on <u>March 23, 2020</u>.

                                                                 *Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1..
[2] Rec. Doc. 10.